U.S. DISTRICT COURT
District of New Hampshire

JUN 15 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William Hurlburt

    v.                                  Civil No. 05-cv-203-PB

Dana Hoyt, et al.

O R D E R

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $15.00 is due no later than July 15, 2005. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    This case has been assigned number 05-cv-203-PB.

    SO ORDERED.

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: June 15, 2005

cc:    William Hurlburt, pro se
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts

Hurlburt v. Northern NH Correctional Facility, Chaplain et al                                                  Doc. 3