**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>William Hurlburt</u>

      v.                                                    Civil No. 05-cv-203-PB

<u>Northern NH Correctional Facility,
Chaplin, et al</u>

<u>**REPORT AND RECOMMENDATION**</u>

On March 8, 2006, the parties in the above-captioned case appeared before the Court for an evidentiary hearing on Plaintiff William Hurlburt's request for a preliminary injunction requiring the Defendants to permit Plaintiff to grow a beard in accordance with his desire to satisfy a requirement of his sincerely-held religious beliefs.  After the close of the Plaintiff's evidence, the parties voluntarily entered into the following stipulations:

> 1.   The New Hampshire Department of Corrections agrees to provide William Hurlburt a shaving pass for a period of one year, more or less, to enable him to have a 1/4 inch beard in accordance with Plaintiff's sincerely-held religious belief and desire to adhere to the Nazarite Vow; and
>
> 2.   The parties agree that this case is terminated.

In accordance with the foregoing stipulations, which were made on the record during the evidentiary hearing, I recommend that this case be dismissed.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

James R. Muirhead
United States Magistrate Judge

Date:  March 8, 2006

cc:  William Hurlburt, pro se
     Daniel J. Mullen, Esq.