UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Hurlburt</u>

        v.                              05-cv-203-PB

<u>Northern NH Correctional Facility, et al.</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 20, 2006, no objection having been filed.

SO ORDERED.


April 13, 2006                                  ~~/s/ Paul Barbadoro~~
                                                        Paul Barbadoro
                                                        United States District Judge


cc:    William Hurlburt, Pro se.
        Daniel Mullen, Esq.